**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ray Harold EDWARDS, III,
Defendant–Appellant.**

No. 93–10058.

United States Court of Appeals,
Ninth Circuit.

May 11, 1995.

Before: ALARCON, LEAVY and
KLEINFELD, Circuit Judges.

**ORDER**

In this matter, Ray Harold Edwards, III was indicted, *inter alia*, for the unlawful possession of firearms in a school zone in violation of 18 U.S.C. § 922(q)(1)(A) (1988 ed., Supp. V.). Edwards filed a motion to dismiss this charge. He argued that section 922(q)(1)(A) was unconstitutional because it violated the Tenth Amendment. The district court denied the motion. Pursuant to a plea agreement, Edwards entered a plea of guilty to a violation of section 922(q)(1)(A), in exchange for the Government's promise to seek dismissal of the remaining charge in the indictment, and a reservation of the right to appeal from the denial of the motion to dismiss.

In a published opinion, *United States v. Edwards*, 13 F.3d 291 (9th Cir.1993), this court affirmed, in reliance upon the law of the circuit as set forth in *United States v. Evans*, 928 F.2d 858 (9th Cir.1991).

On May 1, 1995, the Supreme Court vacated our judgment, and remanded this matter for further consideration in light of *United States v. Lopez*, —— U.S. ——, 115 S.Ct. 1624, 131 L.Ed.2d 626 (1995).

In *Lopez*, the Court held that section 922(q)(1)(A) violates the Tenth Amendment. *Id.*

Accordingly, the judgment of the district court is REVERSED.